268

United States District Court
Southern District of Texas
ENTERED

JAN 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEXAS MUNICIPAL LEAGUE GROUP BENEFITS RISK POOL, ET AL | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-91-166 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND HARTFORD FIRE INSURANCE COMPANY | § § § § § | |

## FINAL JUDGMENT

On or about the 12th day of February 1996, the Court called the referenced cause to trial. The Texas Municipal League Group Benefits Risk Pool ("TML") and the Cities of Pasadena, Mesquite, Midland, and Laredo, Texas, represented by their counsel, appeared and announced ready for trial. The City of Beaumont, Texas, represented by its counsel, appeared and announced ready for trial. Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company (collectively "Hartford"), represented by their counsel, also appeared and announced ready. The Court, having considered the evidence presented, the arguments of counsel, and the briefs and pleadings of the parties, adopts and incorporates by reference into this Judgment the findings and rulings it made in open Court on March 7, 1996, and in written memoranda signed June 26, 1998, and January 13, 1999. Based upon all of the foregoing, the Court renders this Judgment.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the City of Pasadena take nothing from Hartford.

IT IS FURTHER ORDERED that Hartford take nothing on its counter-claims against the City of Pasadena.

IT IS FURTHER ORDERED that the City of Beaumont recover the sum of $346,421.70, from and against Hartford.

IT IS FURTHER ORDERED that the City of Beaumont recover pre-judgment interest on the damages allowed above from Hartford at the annual interest rate of 6%, simple interest, running from the 30th day of October, 1989, which amounts to $191,794.22, for a total judgment of $538,215.92, plus post-judgment interest at the rate of 4.54% , simple interest, until paid.

IT IS FURTHER ORDERED that Beaumont recover no attorneys' fees from Hartford.

IT IS FURTHER ORDERED that the Texas Municipal League Group Benefits Risk Pool, the City of Midland, Texas, the City of Mesquite, Texas, and the City of Laredo, Texas, take nothing from Hartford and Hartford take nothing from those entities, pursuant to the parties' announcement in open court of a resolution of their disputes.

IT IS FURTHER ORDERED that the requirement of any supersedeas bond be waived during the pendency of any appeal by Hartford of this Judgment. Therefore, no execution shall issue in favor of the City of Beaumont against Hartford until the final disposition of this case and in accordance with further order of the court.

All costs of court shall be borne by the party incurring them.

**All relief not specifically granted in this Judgment is DENIED.**

The parties agree that this Final Judgment accurately states the rulings of the Court.

SIGNED THIS 22nd DAY OF January, 1999.

*Stewart A. Newblatt* 1/22/99
STEWART A. NEWBLATT,
United States District Judge by Assignment

ClibPDF - www.fastio.com