298

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

TEXAS MUNICIPAL LEAGUE             *
GROUP BENEFITS RISK POOL, ET AL    *

VS                                 *   C.A. NO. B-91-166

HARTFORD LIFE AND ACCIDENT         *
INSURANCE COMPANY AND              *
HARTFORD FIRE INSURANCE COMPANY    *

## ORDER ON MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Before the Court is the Unopposed Motion to Supplement the Record on Appeal of Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. After considering the Motion, the Court GRANTS the Motion to Supplement the Record in the Court of Appeals for the Fifth Circuit in Cause No. 99-40181, *Texas Municipal League, etc. et al v. Hartford Life & Accident Insurance Company and Hartford Fire Insurance Company*.

SIGNED this the 2nd day of December, 1999.

_____  12/3/99
STEWART A. NEWBLATT
UNITED STATES DISTRICT JUDGE
*Acting on Assignment*