301

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TEXAS MUNICIPAL LEAGUE GROUP BENEFIT POOL, et al., Plaintiffs, | § § § § |
| v. | § § CASE NO. B-91-166 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND HARTFORD FIRE INSURANCE COMPANY, Defendants. | § § § § § § |

## FINAL JUDGEMENT

In accordance with the United States Court of Appeals for the Fifth Circuit's Judgement No. 99-40181 (Docket No. 300) and Opinion (Docket No. 299), final judgement is hereby RENDERED.

It is further ORDERED that this case be closed and the parties proceed pursuant to the United States Court of Appeals for the Fifth Circuit's Judgement No. 99-40181.

SIGNED this the 12th day of January, 2001, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge